# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Noohr Ayoubi**           *PRINCIPAL*      USC
           YOB:    1996

## CRIMINAL COMPLAINT

Case Number:

**M-20-579-M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 1, 2020** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Cristino Rodrigo Garcia-Ortega and Gerson Benedicto Samol-Rocche, citizens and national of Guatemala, along with three (3) other undocumented aliens, for a total of five (5), who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Los Ebanos, Texas to the point of arrest near Sullivan City, Texas,**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__    **FELONY**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On March 1, 2020 a Border Patrol Agent conducting observations from an open field west of Los Ebanos, Texas observed several subjects load into two vehicles.

The Border Patrol Agent relayed to nearby agents that he had seen two vehicles stop at a road entrance located approximately 50 yards from the Rio Grande River and had seen multiple subjects get inside two vehicles. Two additional agents immediately responded and were able locate a vehicle, a sedan, going north on Los Ebanos Road. As the agents got behind the vehicle, they were able to see several subject's heads bouncing in and out as if they were ducking inside the back of the sedan. Due to the information relayed by the agent on the ground and the multiple subjects seen in the back of the sedan, agents initiated a vehicle stop to conduct immigration inspection of the occupants of the sedan. As the sedan came to a complete stop, the agents approached the vehicle and were able to see the subjects in the back of the sedan were sweaty and appeared to be breathing heavily. Agents identified themselves as Border Patrol Agents and determined that five passengers of the sedan were citizens and nationals of Guatemala, illegally present in the United States. The driver of the vehicle, later identified as Noohr Ayoubi was determined to be a United States Citizen. All subjects were then transported to the McAllen Border Patrol Station for processing.

**See Attachment:**

Continued on the attached sheet and made a part of this complaint:    ☒ Yes    ☐ No

_____
Signature of Complainant

Approved by Robert Guerra AUSA
Sworn to before me and subscribed in my presence,

March 2, 2020 - 4:03 pm
Date

Maria Guerrero           Border Patrol Agent
Printed Name of Complainant

at    McAllen, Texas
      City and State

Juan F. Alanis                , U. S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-20-579-M

RE:   Noohr Ayoubi                                              A213 260 865

**CONTINUATION:**

**Principal Statement:**

Noohr Ayoubi, a United States Citizen, was read his Miranda Rights. He stated he understood his rights and was willing to answer questions without the presence of an attorney.

Ayoubi stated he was offered $1,000.00 from a subject known as "Leon" to transport undocumented aliens from Los Ebanos, Texas to an unknown place in McAllen, Texas. Ayoubi stated he was going to get paid once he delivered the undocumented aliens. Ayoubi stated he was told by an unknown subject driving a mustang to follow the silver mercedes and pick up the undocumented aliens and that he was told to also load up subjects in the trunk of his car but he opted not to.

**Material Witnesses Statement:**

Cristino Rodrigo Garcia-Ortega, a citizen of Guatemala, was read his Miranda Rights. He stated he understood his rights and was willing to answer questions without the presence of an attorney.

Garcia-Ortega stated he left his home country of Guatemala on February 16, 2020. Garcia stated he arrived at the border town of Diaz Ordaz and encountered other subjects who were also going to cross illegally into the United States. Garcia stated they paid $500 Mexican Pesos to be crossed on an inflatable raft. Garcia stated that once they made their illegal entry into the United States they ran into the brush and got inside a vehicle. Garcia stated the driver of the vehicle was a male subject, wearing glasses and had a beard. Garcia stated the driver told them to give him money for gas but that there was no time to pay for it as they were stopped by Border Patrol shortly thereafter.

Gerson Benedicto Samol-Rocche, a citizen of Guatemala, was read his Miranda Rights. He stated he understood his rights and was willing to answer questions without the presence of an attorney.

Samol-Rocche stated after his left his home country of Guatemala he arrived at the border town of Diaz Ordaz. Samol stated he encountered other subjects and decided to cross into the United States. Samol stated they crossed on an inflatable raft. Samol stated that once they made their illegal entry into the United States they ran alongside the brush and got inside a vehicle. Samol stated the driver of the vehicle was a male subject, wearing glasses and was light completed. Samol stated the driver said "GO, GO, GO" in a loud voice.