THE STATE OF TEXAS )      M-20-0579-M
         )
COUNTY OF Hidalgo )

 Before me, the undersigned authority, on this day personally appeared **Maria Guerrero** known to be the person whose name is subscribed hereto, and being by me first duly sworn, upon oath deposes and says: "I am a **Border Patrol Agent** stationed at **McAllen, Texas** and I investigated the case of the United States of America versus

| | | |
|---|---|---|
| **Noohr Ayoubi** | 1996 | USC |

and from my investigation, it appears that:

| | | |
|---|---|---|
| **Cristino Rodrigo Garcia-Ortega** | 1974 | Guatemala |
| **Gerson Benedicto Samol-Rocche** | 1997 | Guatemala |

citizens and nationals of **Guatemala** are material witnesses in said cause that it may be impractical to secure their presence by subpoena and for that reason they should be held as material witnesses."

 FURTHER AFFIANT SAYETH NOT.

                     **Maria Guerrero**
                     **Border Patrol Agent**

SUBSCRIBED AND SWORN TO BEFORE ME on this **March 2, 2020**

                     **Juan F. Alanis**
                     **U.S. Magistrate Judge**